## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SEAN TURNBOW, et. al., | ) | 3:12-cv-00290-HDM-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 20, 2012 |
| | ) | |
| LIFE PARTNERS, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:    THE HONORABLE WILLIAM G.  COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      KATIE OGDEN      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs have filed a Motion for Leave to File Under Seal Exhibit I to Plaintiffs' Reply in Support of Motion to Compel Production of Documents.  (Doc. # 23.)  No opposition has been filed.

Exhibit I is a transcript of Donald Cassidy before the United States Securities and Exchange Commission and has been marked confidential in the underlying litigation pending in the Northern District of Texas pursuant to a protective order entered therein. (*See* Doc. # 23 at 2.)

"Historically, courts have recognized a general right to inspect and copy public records and documents, including judicial records and documents." *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation marks and citation omitted). Documents that have been traditionally kept secret, including grand jury transcripts and warrant materials in a pre-indictment investigation, come within an exception to the general right of public access. *See id*.  Otherwise, "a strong presumption in favor of access is the starting point." *Id*. (internal quotation marks and citation omitted).

When a motion to seal documents is filed in connection with a non-dispositive motion, as it is here, "the usual presumption of the public's right of access is rebutted[,]" and requires only a showing of "good cause." *Kamakana*, 447 F.3d at 1180 ("A 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions.").

**MINUTES OF THE COURT**
3:12-cv-00290-HDM-WGC
Date:  August 20, 2012
Page 2

Here, the court finds that good cause exists to keep Exhibit I under seal as it has been deemed confidential in the underlying litigation pursuant to the terms of a protective order entered in that action.

Accordingly, Plaintiffs' motion (Doc. # 23) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk